E-FILED
Wednesday, 05 October, 2005  11:19:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-30043 |
| | ) | |
| STEPHEN R. VINYARD, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court following the Defendant's sentencing hearing.

Defendant Steven R. Vinyard's sentencing hearing was held on October 3, 2005. The Court noted that the United States Probation Office determined that the Defendant's total offense level is 13 and criminal history category is I, yielding an advisory Sentencing Guideline range of 12 to 18 months imprisonment. Neither party had any unresolved objections to the Presentence Investigation Report. Accordingly, the Court adopted

1

the PSR and concluded that the Defendant's Sentencing Guideline Range is 12 to 18 months imprisonment.

Prior to sentencing, the Government filed a motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The Government's motion details the substantial assistance provided by the Defendant in another investigation. The Court carefully considered this information and determined that a downward departure was warranted. For good cause shown, therefore, the Court ALLOWED the Government's motion for a downward departure.

Following the downward departure, the Court determined that the Defendant's Sentencing Guideline Range of 6 to 12 months imprisonment, based on an offense level of 10 and criminal history category of I, was within Zone B of the Sentencing Table, thereby allowing for a sentence of probation. The Court agreed with the sentence recommended by the Government, except for the ten-month period of home confinement. The Court concluded that six months of home confinement is appropriate in this case.

<u>Ergo</u>, the Government's motion for a downward departure pursuant to U.S.S.G. § 5K1.1 [d/e 17] is ALLOWED.  The Defendant is hereby sentenced in accordance with the judgment to be entered in this case.  The sentence includes a term of three years of Probation, the first six months of which are to be served in home confinement.  A fine of $30,000.00 is also imposed.  The $100.00 special assessment is due immediately.

ENTER: October 4, 2005

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge